```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


IN RE: KIMBERLEY & MARC E. PEOPLES, SR. )
                                        )
FLAGSTAR BANK, FSB,                     )
          Creditor,                     )
                                        )
     vs.                                ) CASE NO. 09B28564
                                        ) JUDGE BRUCE W. BLACK
KIMBERLEY & MARC E. PEOPLES, SR.,       )
          Debtor                        )
                                        )
```

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Flagstar Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the October 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of Augsut 15, 2011.

   a. Attorney's fees                                        $250.00

   b. Payments

      - (10/10 – 4/11: 7 @ $1,230.97 each)
      - (5/11 – 9/11 : 5 @ $1,620.65 each)           $16,720.04

   c. Late charges                                            $30.32

   Total                                                  $17,000.36

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Flagstar Bank, FSB rights to collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        Flagstar Bank, FSB

                                        <u>/s/Dana N. O'Brien</u>
                                        Dana N. O'Brien
                                        ARDC#6256415

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088